IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CHASE BORDEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: 4:17-cv-00180 |
| | § | |
| LIBERTY INSURANCE | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

The parties respectfully advise the Court that the parties have settled all claims in controversy in the above-referenced case. The final motion to dismiss should be submitted on or before 30 days from the date of this Notice.

If the parties are unable to comply with filing a motion to dismiss within 30 days, they will file the appropriate motion requesting additional time.

Respectfully Submitted,

*/s/ Elizabeth Knight*
MARK D. TILLMAN
State Bar No. 00794742
ELIZABETH KNIGHT
State Bar No. 24065566
**TILLMAN BATCHELOR LLP**
5605 N. MacArthur Blvd., Suite 560
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
Email: mark.tillman@tb-llp.com
elizabeth.knight@tb-llp.com

**ATTORNEYS FOR DEFENDANT
LIBERTY INSURANCE CORPORATION**

## CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2017, a true and correct copy of the foregoing document was served on all counsel of record via electronic court notification pursuant to Federal Rules of Civil Procedure, as follows:

**ATTORNEYS FOR PLAINTIFF**
Richard D. Daly
Charlie C. Gustin
DALY & BLACK PC
2211 Norfolk Street, Suite 800
Houston, Texas 77098
(713) 655-1405 (Telephone)
(713) 655-1587 (Facsimile)
rdaly@dalyblack.com
cgustin@dalyblack.com
ecfs@dalyblack.com

                      */s/ Elizabeth Knight*
                      ELIZABETH KNIGHT